JS - 6
O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN FELICIANO,<br>   Petitioner,<br> v.<br>P.D. BRAZELTON, Warden,<br>   Respondent. | NO. EDCV 12-995-JGB (AGR)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 1, 2015

                JESUS G. BERNAL
                United States District Judge